UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:14-cv-01353-DAD-JLT |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATION TO CONTINUE HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT |
| MARK THOMAS BAILEY, | |
| Defendant. | |

It is hereby ordered that the stipulation (Doc. 26) to continue the hearing on Defendant's Motion for Summary Judgment (Doc. 14), and Plaintiff's Motion for Summary Judgment (Doc. 13), is hereby granted. The hearing on the cross-motions for summary judgment currently set for May 17, 2016, is continued to June 21, 2016, at 9:30 a.m.

Only if defendant's counsel is for some reason not served electronically by way of the court's CM/ECF system, is plaintiff's counsel required to serve a copy of this Order on the defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **May 11, 2016**

_____
UNITED STATES DISTRICT JUDGE