UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. 1:14-cv-01353-DAD-JLT |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| MARK THOMAS BAILEY d/b/a MADD BAILEYS, | (Doc. No. 30) |
| Defendant. | |

On November 9, 2016, the court reopened discovery in this matter and denied the parties' cross-motions for summary judgment without prejudice. (Doc. No. 30.) That order provided that "[l]aw and motion is reopened so that renewed motions for summary judgment may be filed on before Tuesday, February 7, 2017, and noticed for hearing in keeping with the Local Rules of this court." (*Id*. at 13.) This deadline for the filing of renewed motions for summary judgment has long passed, but no such motions have been filed and the parties have not otherwise contacted the court.

The court therefore orders the parties to show cause in writing by **Monday, April 3, 2017** regarding why sanctions should not be imposed due to their failure to file renewed motions for summary judgment. The parties are forewarned, that should they fail to respond to this order to show cause in writing, as required by this order, sanctions will likely be imposed. *See Chambers*

1

*v. NASCO, Inc.*, 501 U.S. 32, 42–46 (1991) (recognizing that it is within the inherent authority of the court to control its docket and require compliance with its orders); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint).

IT IS SO ORDERED.

Dated: __**March 6, 2017**__                    _____
UNITED STATES DISTRICT JUDGE