1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   J & J PRODUCTIONS, INC.,                    No.  1:14-cv-01353-DAD-JLT

12              Plaintiff,

13        v.                                      ORDER REFERRING THE MATTER TO
                                                  THE ASSIGNED MAGISTRATE JUDGE
14   MARK THOMAS BAILEY, d/b/a MADD               FOR A SETTLEMENT CONFERENCE
     BAILEYS,
15                                                (Doc. Nos. 31, 32, 33)
              Defendants.
16

17

18        On November 9, 2016, the court reopened discovery in this matter and denied the parties'

19   cross-motions for summary judgment without prejudice.  (Doc. No. 30.)  That order provided that

20   "[l]aw and motion is reopened so that renewed motions for summary judgment may be filed on or

21   before Tuesday, February 7, 2017."  (*Id*. at 13.)  That deadline passed without renewed motions

22   for summary judgment being filed.  Accordingly, on March 7, 2017, the court issued an order to

23   show cause as to "why sanctions should not be imposed due [the parties'] failure to file renewed

24   motions for summary judgment."  (Doc. No. 31 at 1.)

25        On that same day, defendant Mark Bailey responded to the order to show cause, reporting

26   that "there was no additional evidence that would have caused a different ruling on a new motion

27   for summary judgment, and therefore in the interest of judicial economy I did not file a redundant

28   motion."  (Doc. No. 32 at 2.)  However, defendant also noted that "[he] would be amenable to a

                                                1

1   settlement conference if the Court is so inclined."  (*Id*. at 4.)

2         Likewise, on April 3, 2017, plaintiff J & J Productions, Inc. responded to the order to

3   show cause, stating "because Plaintiff did not have any additional evidence regarding the means

4   by which defendant obtained signal to the September 13, 2014 *Program* . . . I did not believe that

5   there was any rational hope a further filed summary judgment would be granted." (Doc. No .33

6   at 2.)  However, "Plaintiff and its counsel would welcome a Court ordered settlement conference

7   in August 2017 if counsel for the Parties have by Fourth of July been unsuccessful in formulating

8   settlement amongst themselves on behalf of their clients."  (*Id*.)

9         Accordingly, based upon the foregoing,

10        1)  The March 7, 2017 order to show cause is discharged;

11        2)  The matter is referred to the assigned Magistrate Judge for the scheduling of a

12            settlement conference some convenient time during August 2017; and

13        3)  If the parties are successful in reaching a resolution of this matter prior to that time,

14            they may file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41

15            and the settlement conference will be vacated.

16  IT IS SO ORDERED.

17     Dated:   **April 5, 2017**                                    _Dale A. Drozd_

18                                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28