# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTION, INC., | Case No.: 1:14-CV-01353 DAD JLT |
| Plaintiff, | |
| v. | ORDER AFTER NOTICE OF SETTLEMENT (Doc. 37) |
| MARK THOMAS BAILEY, dba MADD BAILEY'S, | |
| Defendants. | |

On August 2, 2017, counsel alerted the Court that the matter has settled. (Doc. 37) They are working to finalize the settlement documents. Therefore, the Court **ORDERS**:

1.     The stipulation to dismiss the action **SHALL** be filed **no later than September 1, 2017**;

2.     All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **August 3, 2017**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE