# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK THOMAS BAILEY, dba MADD ) <br> BAILEY'S, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No.: 1:14-CV-01353 DAD JLT <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE THE DISMISSAL DOCUMENTS <br><br> (Doc. 39) |

Though the parties have settled the case, they need additional time to complete the settlement process. (Doc. 39) Thus, the Court **ORDERS**:

1. The request for additional time to complete the settlement process (Doc. 39) is **GRANTED**;

2. The dismissal documents **SHALL** be filed no later than **September 29, 2017**.

IT IS SO ORDERED.

Dated: **September 6, 2017**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE