Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Mark Thomas Bailey,<br><br>Defendant. | CASE NO. 1:14-cv-01353-DAD-JLT<br><br>[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MARK THOMAS BAILEY, individually and d/b/a MADD BAILEYS<br><br>Doc. 41 |

The parties have stipulated to dismiss the action with each side to bear their own fees and costs.  (Doc. 41)  The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Because all parties who have appeared in the action signed the stipulation (Doc. 79), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

   Dated:  **September 26, 2017**        **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE